**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **VLADISLAV KRASNOV,** | |
|         Petitioner, | **ORDER** |
|    v. | ED CV 26-01532-VBF-JDE |
| SEC KRISTI NOEM *et al.*, | **Granting Unopposed TRO App.** |
|         Respondents. | |

On March 30, 2026, petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. section 2241, CM/ECF Document ("Doc") 1, and a separate application for a temporary restraining order ("TRO") (Doc 2). That same day, this Court issued an order setting deadlines for response and reply briefs on the TRO application. On April 1, 2026, the respondents timely filed a notice stating that they are not presenting any argument against issuance of a TRO (Doc 6). The Magistrate Judge issued an Order (Doc 5) requiring the respondents to file an answer to the habeas corpus petition no later than April 21, 2026.

ORDER

**Petitioner's unopposed TRO application is GRANTED as follows:**

The respondents shall either immediately release petitioner or hold an individualized detention hearing before a neutral arbiter no later than Friday, April 10, 2026, of which

petitioner shall be given sufficient advance notice, and at which petitioner will have a meaningful opportunity to present evidence and argument, and at which the government alone will have the burden of proving by clear and convincing evidence that petitioner is a flight risk or a danger to the public such that his continued civil detention is necessary.

**Respondents shall file a notice of compliance no later than 11:59 p.m. on Tuesday, April 14, 2026.**

**No later than 11:59 p.m. Tuesday, April 7, 2026, the respondents MAY SHOW CAUSE, in writing, why the Court should not issue a preliminary injunction ("PI").**

**No later than 11:59 p.m. Thursday, April 9, 2026, petitioner MAY FILE a reply.**

**Pending further order of this Court, the respondents SHALL NOT transfer petitioner outside this federal district, the Central District of California.**

IT IS SO ORDERED.

Dated: April 2, 2026

_____

Honorable Valerie Baker Fairbank
Senior United States District Judge

2