# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **VLADISLAV KRASNOV,**<br><br>　　　　Petitioner,<br>　　v.<br>SEC KRISTI NOEM *et al.*,<br><br>　　　　Respondents. | **ORDER**<br><br>ED CV 26-01532-VBF-JDE<br><br>Scheduling Briefs on Petitioner's Motion to Enforce TRO and for Immediate Release |

On March 30, 2026, petitioner's counsel filed a petition for a writ of habeas ciorpus pursuant to 28 U.S.C. § 2241 (CM/ECF Document ("Doc") 1) and an application for a temporary restraining order and preliminary injunction (Doc 2). On April 2, 2026, this Court issued a temporary restraining order ("TRO") (Doc 7), which was docketed on April 3, 2026.

On April 14, 2026, the respondents filed a notice (Doc 9) stating that petitioner had been afforded an individualized detention hearing as required by the TRO. Also on April 14, 2026, petitioner filed a Motion to Enforce Court Order and for Immediate Release (Doc 8). Petitioner's enforcement motion contends that his detention hearing did not comply with the TRO because the immigration judge expressly stated that he was applying a burden of proof and legal standard contrary to those specifically required by the TRO.

**No later than 11:59 p.m. on Saturday, April 18, 2026, the respondents SHALL**

**FILE a response to petitioner's enforcement motion.**

**No later than 11:59 p.m. on Wednesday, April 22, 2026, petitioner MAY REPLY.**

Pending further order of this Court, the respondents SHALL NOT transfer petitioner outside this federal district, the Central District of California.

IT IS SO ORDERED.

Dated: April 15, 2026

_Valerie Baker Fairbank_
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge