UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| VLADISLAV KRASNOV, | Case No. 5:26-cv-01532-VBF-JDE |
| Petitioner, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"); the Order Granting TRO ordering Respondents to provide Petitioner an individualized detention hearing before a neutral arbiter (Dkt. 7); the Order Denying Petitioner's Motion to Enforce, Denying the TRO, and Denying Request for Preliminary Injunction (Dkt. 14); Respondents' Answer to the Petition (Dkt. 12); Petitioner's Reply (Dkt. 15); the Report and Recommendation of the magistrate judge (Dkt. 16, "Report"); and Petitioner's Objections to the Report (Dkt. 17). The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court

accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED THAT Judgment shall be entered dismissing the action without prejudice.

Dated:  May 12, 2026 _____

_____

Hon. Valerie Baker Fairbank
Senior United States District Judge