UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| VLADISLAV KRASNOV, | ) | Case No. 5:26-cv-01532-VBF-JDE |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| SECRETARY, U.S. DEPARTMENT | ) | |
| OF HOMELAND SECURITY, et al., | ) | |
| | ) | |
| Respondents. | ) | |

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated:  May 12, 2026 _____

_____

Hon. Valerie Baker Fairbank
Senior United States District Judge